**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

EDDIE HENDERSON

VS.                                          CIVIL CASE NO. 2:18-cv-188-KS-MTP

JONES COUNTY SCHOOL DISTRICT

## ORDER

It is ORDERED that the jury in the above styled and numbered cause be sequestered from the time they report to the jury room each day until released by the Court at the end of each day. The partial sequestration will continue until a verdict is reached and the jury is formally discharged by the Court or until further order of the Court.

Pursuant to this Order, while the jury is kept together and not allowed to separate, the reasonable cost of meals and refreshments incurred by the jury during Court recesses will be paid by the Clerk of Court in compliance with juror fee regulations issued by the Judicial Conference of the United States.

SO ORDERED this the __2nd__ day of August, 2021.

_____s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE